1
2
3
4
5
6
7
8
9
10
11

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

12
13
14
15
16
17
18

RODOLFO DE JESUS PINON MACEO,

　　　　Petitioner,

　　v.

DEPARTMENT OF HOMELAND SECURITY,

　　　　Respondent.

No. 5:25-cv-01853-CAS-BFM

**JUDGMENT**

19      Pursuant to the Order accepting the Magistrate Judge's Report and
20  Recommendation,

21      IT IS ADJUDGED that the Petition in this matter is denied and the action
22  is dismissed without prejudice.

23

24  DATED: October 7, 2025

25                                          _____
                                            HONORABLE CHRISTINA A. SYNDER
26                                          UNITED STATES DISTRICT JUDGE

27
28